**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FL 6801 SPIRITS LLC, *et al.*, | Case No. 16-01259 (SCC) |
| Debtors. | 14-11691 (SCC) |
| | Jointly Administered |
| NORTH CARILLON BEACH CONDOMINIUM ASSOCIATION, INC., | |
| Plaintiff, | |
| vs. | |
| Z CAPITAL PARTNERS, LLC; Z CAPITAL FLORIDA RESORT, LLC; NORTH BEACH DEVELOPMENT, LLC; CARILLON HOTEL AND SPA MASTER ASSOCIATION, INC.; SOUTH CARILLON BEACH CONDOMINUM ASSOCIATION, INC.; and CENTRAL CARILLON BEACH CONDOMINIUM ASSOCIATION, INC., | |
| Defendants. | |

**ORDER ADJOURNING HEARING ON MOTION OF NORTH CARILLON BEACH
CONDOMINIUM ASSOCIATION, INC. FOR ENTRY OF AN ORDER ABSTAINING
FROM ADJUDICATING PROCEEDING PURSUANT TO 28 U.S.C. § 1334**

Upon the motion (the "Motion")[1] of Z Capital Partners, LLC and Z Capital

Florida Resort, LLC (together, "Z Capital") for entry of an order adjourning the hearing on the

*Motion of North Carillon Beach Condominium Association, Inc. for Entry of an Order*

*Abstaining from Adjudicating Proceeding Pursuant to 28 U.S.C. § 1334* [Docket No. 2] (the

"Motion to Abstain"); and the Court having found that the Court has jurisdiction to consider the

Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and the Court having

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having

found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C.

§§ 1408 and 1409; and the Court having found that cause exists to adjourn the hearing on the

Motion to Abstain (the "Hearing"); and due and proper notice of the Motion having been

provided under the circumstances, and it appearing that no other or further notice need be

provided; and any objections to the Motion having been withdrawn, resolved, or overruled on the

merits; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that:

1.      The Motion is granted to the extent set forth herein.

2.      The Hearing shall be held on a date to be determined by the Court.

3.      Z Capital shall file its Motion to Dismiss on or before December 5, 2016;

a hearing on the Motion to Dismiss shall be held on a date to be determined by the Court.

4.      This Court retains jurisdiction with respect to all matters arising from or

related to the implementation of this Order.


Date:  December 1, 2016
New York, New York

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

#4846-9705-6061v5