Andrew M. Leblanc
David S. Cohen
Erin M. Culbertson (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
1850 K Street, N.W., Suite 1100
Washington, D.C.  20006
(202) 835-7500

*Attorneys for Z Capital Partners, LLC and*
*Z Capital Florida Resort, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FL 6801 SPIRITS LLC, *et al*., | Case No. 16-01259 (SCC) |
|  | 14-11691 (SCC) |
| Debtors. | |
|  | Jointly Administered |
| NORTH CARILLON BEACH CONDOMINIUM ASSOCIATION, INC., | Ref. ECF No. 23 |
| Plaintiff, | |
| vs. | |
| Z CAPITAL PARTNERS, LLC; Z CAPITAL FLORIDA RESORT, LLC; NORTH BEACH DEVELOPMENT, LLC; CARILLON HOTEL AND SPA MASTER ASSOCIATION, INC.; SOUTH CARILLON BEACH CONDOMINUM ASSOCIATION, INC.; and CENTRAL CARILLON BEACH CONDOMINIUM ASSOCIATION, INC., | |
| Defendants. | |

**NOTICE OF HEARING TO CONSIDER Z CAPITAL PARTNERS, LLC AND**
**Z CAPITAL FLORIDA RESORT, LLC'S MOTION TO DISMISS THE**
**NORTH CARILLON BEACH CONDOMINIUM ASSOCIATION, INC.'S**
<u>**ADVERSARY COMPLAINT**</u>

TO: THE PLAINTIFF; THE DEBTOR; THE UNITED STATES TRUSTEE; AND ALL PARTIES HAVING FILED NOTICES OF APPEARANCE

**PLEASE TAKE NOTICE** that a hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, on January 23, 2017 at 10:00 a.m. in Room 623 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004-1408 to consider *Z Capital Partners, LLC and Z Capital Florida Resort, LLC's Motion to Dismiss the North Carillon Beach Condominium Association, Inc.'s Adversary Complaint* (the "Motion to Dismiss").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion to Dismiss must be made in writing, stating in detail the reasons therefore, and must be filed with the Clerk of the Bankruptcy Court, with paper copies delivered to Judge Chapman's Chambers, and served upon: (i) Milbank, Tweed, Hadley & M$^{C}$Cloy LLP, counsel for Z Capital Partners, LLC and Z Capital Florida Resort, LLC, 1850 K Street NW, Suite 1100, Washington, D.C. 20006, Attn: Andrew M. Leblanc, Esq.; and (ii) the Office of the United States Trustee for Region 2, Attn: William K. Harrington, Esq. and Linda A. Riffkin, Esq., U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, so that they are actually received by the aforementioned parties not later than 5:00 p.m. on December 23, 2016 (the "Objection Deadline").  Objections not timely served and filed may not be considered by the Court.

**PLEASE TAKE FURTHER NOTICE** that the hearing to consider the Motion to Dismiss may be adjourned from time to time, without further written notice to any party.

Dated: December 13, 2016  Respectfully submitted,
      Washington, D.C.

*/s/ Andrew M. Leblanc*
Andrew M. Leblanc
David S. Cohen
Erin M. Culbertson (admitted *pro hac vice*)
MILBANK, TWEED, HADLEY & M<sup>C</sup>CLOY LLP
1850 K Street, N.W., Suite 1100
Washington, D.C. 20006
(202) 835-7500

*Attorneys for Z Capital Partners, LLC and*
*Z Capital Florida Resort, LLC*