BROWN RUDNICK LLP
Edward S. Weisfelner
Bennett S. Silverberg
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4900

BOIES, SCHILLER & FLEXNER LLP
Sigrid S. McCawley
Carl Goldfarb
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Telephone: (954) 356-0011

*Co-Counsel for North Carillon Beach Condominium Association, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| FL 6801 SPIRITS LLC, *et al.*, | Case No. 14-11691 (SCC) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------X

| | |
|---|---|
| NORTH CARILLON BEACH CONDOMINIUM ASSOCIATION, INC., | |
| Plaintiff, | Adv. Pro. No. 16-01259 (SCC) |
| vs. | |
| Z CAPITAL PARTNERS, LLC; Z CAPITAL FLORIDA RESORT, LLC; NORTH BEACH DEVELOPMENT, LLC; CARILLON HOTEL AND SPA MASTER ASSOCIATION, INC.; SOUTH CARILLON BEACH CONDOMINIUM ASSOCIATION, INC.; and CENTRAL CARILLON BEACH CONDOMINIUM ASSOCIATION, INC., | |
| Defendants. | |

---------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

I, La Asia S. Canty, state as follows:

I am over 18 years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by Brown Rudnick LLP, located at 7 Times Square, New York, New York 10036.

On June 28, 2017, I caused a true and accurate copy of the *Amended Complaint* [Docket No. 50] to be served on the parties included on the service list attached hereto as Exhibit A by electronic mail and/or first class mail, postage prepaid. I also caused the *Amended Complaint* to be served on the parties included on Exhibit B by first class mail, postage prepaid on June 28, 2017.

_____
La Asia S. Canty

Subscribed and sworn to before me this
29th day of June, 2017.

_____
Notary Public

Amy J. Cunningham
Notary Public, State of New York
No. 01CU6004605
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 23, 20 18

# EXHIBIT A

| | |
|---|---|
| Tamara D. McKeown | Andrew M. Leblanc |
| Geoffrey S. Aaronson, Esq. | David S. Cohen |
| Aaronson Schantz Beiley P.A. | Erin M. Culbertson |
| Miami Tower, 27th Floor | Milbank, Tweed, Hadley & Mccloy LLP |
| 100 S.E. 2nd Street | 1850 K Street, N.W., Suite 1100 |
| Miami, Florida 33131 | Washington, D.C. 20006 |
| | |
| Email: gaaronson@aspalaw.com | Email: aleblanc@milbank.com |
| tmckeown@aspalaw.com | eculbertson@milbank.com |
| scapuano@aspalaw.com | dcohen2@milbank.com |

Lewis W. Siegel
Email: lws@lwsesq.com

## EXHIBIT B

South Carillon Beach Condominium
Association, Inc.
c/o SKRLD, Inc., Registered Agent
201 Alhambra Circle, 11th Floor
Coral Gables, FL 33134

South Carillon Beach Condominium
Associates, Inc.
Attn: President or General Counsel
6799 Collins Avenue
Miami Beach, FL 33141

Office of the U.S. Trustee Region 2
Attn: Susan D. Golden
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

South Carillon Associates
c/o Atlantic and Pacific Management
Attn: President or General Counsel
P.O. Box 019767
Miami, FL 33101-9767

Carillon Hotel and Spa Master Association
c/o Siegfried, Rivera, Hyman,
   Lerner, De La Torre, Mars and
   Sobel, P.A., Registered Agent
201 Alhambra Circle, 11th Floor
Coral Gables, FL 33134

Togut Segal & Segal LLP
Attn: Frank A. Oswald
One Penn Plaza, Suite 3335
New York, NY 10119