UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

North Carillon Beach Condominium Assoc., Inc.,

                       Plaintiff,                    Adv. Proc. No. 16-1259 (SCC)
     -against-

Z Capital Partners, LLC, et al.,
                      Defendants.
-------------------------------------------------------------x

## ORDER TO SHOW CAUSE FIXING A DATE AND TIME FOR A HEARING TO CONSIDER DISMISSAL OF THE ADVERSARY PROCEEDING FOR LACK OF PROSECUTION

The above-captioned adversary proceeding, No. 16-1259 (the "Adversary Proceeding"), remains pending and has not been prosecuted for nearly five years; therefore, it appearing that good and sufficient cause exists for the entry of this Order, it is hereby

**ORDERED** that North Carillon Beach Condominium Association, Inc. (the "Plaintiff") show cause at a telephonic hearing to be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, on the 14th day of April, 2022 at 11:30 a.m. (the "Hearing"), why the Court should not enter an Order dismissing the Adversary Proceeding for lack of prosecution pursuant to Fed. R. Civ. P. 41(b), made applicable to this proceeding by Fed. R. Bankr. P. 7041.  The Hearing will be a telephonic hearing conducted via Court Solutions LLC, and participants may register to appear at the Hearing at www.court-solutions.com.

Should the Plaintiff fail to appear at the Hearing or otherwise oppose the dismissal of the Adversary Proceeding, the Adversary Proceeding shall be dismissed for lack of prosecution seven days following the date of the Hearing without further order of the Court.

Dated: March 21, 2022
New York, New York

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge