UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

North Carillon Beach Condominium Assoc., Inc.,

                       Plaintiff,                  Adv. Proc. No. 16-1259 (SCC)
      -against-

Z Capital Partners, LLC, et al.,
                      Defendants.
------------------------------------------------------------x

### ORDER TO SHOW CAUSE FIXING A DATE AND TIME FOR A HEARING TO CONSIDER DISMISSAL OF THE ADVERSARY PROCEEDING <u>FOR LACK OF PROSECUTION</u>

The above-captioned adversary proceeding, No. 16-1259 (the "Adversary Proceeding"), remains pending and has not been prosecuted for nearly five years; therefore, it appearing that good and sufficient cause exists for the entry of this Order, it is hereby

**ORDERED** that North Carillon Beach Condominium Association, Inc. (the "Plaintiff") show cause at a telephonic hearing to be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, on the 14th day of April, 2022 at 11:30 a.m. (the "Hearing"), why the Court should not enter an Order dismissing the Adversary Proceeding for lack of prosecution pursuant to Fed. R. Civ. P. 41(b), made applicable to this proceeding by Fed. R. Bankr. P. 7041. The Hearing will be a telephonic hearing conducted via Court Solutions LLC, and participants may register to appear at the Hearing at www.court-solutions.com.

Should the Plaintiff fail to appear at the Hearing or otherwise oppose the dismissal of the Adversary Proceeding, the Adversary Proceeding shall be dismissed for lack of prosecution seven days following the date of the Hearing without further order of the Court.

Dated: March 21, 2022
New York, New York

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge

North Carillon Beach Condominium Associa,
    Plaintiff

Z Capital Partners, LLC,
    Defendant

Adv. Proc. No. 16-01259-scc

# CERTIFICATE OF NOTICE

| District/off: 0208-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 21, 2022 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion02.br.ecf@usdoj.gov | Mar 21 2022 18:57:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Carillon Hotel and Spa Master Association Inc. |
| dft | | Central Carillon Beach Condominium Association, In |
| unk | | Clerks Office of the U.S. Bankruptcy Court |
| dft | | North Beach Development, LLC |
| pla | | North Carillon Beach Condominium Association, Inc. |
| dft | | South Carillon Beach Condominium Association, Inc. |
| dft | | Z Capital Florida Resort, LLC |
| dft | | Z Capital Partners, LLC |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2022      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Erin M. Culbertson | on behalf of Defendant Z Capital Partners LLC eculbertson@milbank.com, AutoDocketECF@milbank.com |
| Erin M. Culbertson | on behalf of Defendant Z Capital Florida Resort LLC eculbertson@milbank.com, AutoDocketECF@milbank.com |
| Geoffrey S. Aaronson | on behalf of Defendant Central Carillon Beach Condominium Association Inc., gaaronson@aspalaw.com, 5408891420@filings.docketbird.com |
| Lewis W. Siegel | on behalf of Defendant North Beach Development LLC lws@lwsesq.com |
| Tamara D. McKeown | on behalf of Defendant Central Carillon Beach Condominium Association Inc., tmckeown@aspalaw.com, tdmckeown@mckeownpa.com |

TOTAL: 5